UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-24152-KMW

CARLOS BRITO,

    Plaintiff,

v.

LRF1 CROSSROADS SQUARE, LLC;
PARTY CITY CORPORATION; FIVE
STAR BAKERY, INC.; J.E.K. CARPET
CORPORATION; ISLANDS IN THE
PINES RESTAURANT, LLC; and
HOLIDAY CVS, L.L.C.,

    Defendants.

_____/

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, PARTY CITY CORPORATION**

    Plaintiff, CARLOS BRITO, hereby advises the Court that Plaintiff and Defendant, PARTY CITY CORPORATION, have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 21 days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines as to Defendant, PARTY CITY CORPORATION, Note that this settlement is solely as to PARTY CITY CORPORATION, and does not involve the other defendants in the case.

    Respectfully submitted this 23rd day of February, 2021.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451

GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Telephone: (305) 553- 3464
Facsimile: (305) 553-3031
Primary Email:  ajperezlaw@gmail.com
Secondary: ajperez@law.gmp.com & aquezada@lawgmp.com
*Counsel for Plaintiff*

and

/s/ *Dori K. Stibolt*
DORI K. STIBOLT
FOX ROTHSCHILD LLP
Florida Bar No.: 183611
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401
Telephone: 561.835.9600
Facsimile: 561.835.9602
Primary: dstibolt@foxrothschild.com
*Counsel for Defendant, Party City Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 23rd, day of February, 2021.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 S.W. 74th Court, No. 3
        Miami, FL 33155
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail: bvirues@lawgmp.com
        aquezada@lawgmp.com;
        crodriguez@lawgmp.com;

        By:  /s/ *Anthony J. Perez*
            ANTHONY J. PEREZ