UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24152-KMW

CARLOS BRITO,

    Plaintiff,

v.

LRF1 CROSSROADS SQUARE, LLC;
PARTY CITY CORPORATION; FIVE
STAR BAKERY, INC.; J.E.K. CARPET
CORPORATION; ISLANDS IN THE
PINES RESTAURANT, LLC; and
HOLIDAY CVS, L.L.C.,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, and Defendants, LRF1 CROSSROADS SQUARE, LLC. and J.E.K. CARPET CORPORATION; and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

Respectfully submitted this May 4th, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Christine F. Gay* |
| ANTHONY J. PEREZ | CHRISTINE F. GAY |
| Florida Bar No.: 535451 | Florida Bar No.: 0026009 |
| GARCIA-MENOCAL & PEREZ, P.L. | HOLLAND & KNIGHT LLP |
| 4937 S.W. 74th Court, Unit #3 | 701 Brickell Avenue |
| Miami, FL 33155 | Suite 3300 |
| Telephone: (305) 553- 3464 | Miami, Florida 33131 |
| Facsímile: (305) 553-3031 | Tel: (305) 789-7447 |
| Primary Email: ajperezlaw@gmail.com; | Fax: (305) 789-7799 |
| aquezada@lawgmp.com | E-Mail: Christine.gay@hklaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendants, LRF1 Crossroads Square, LLC and J.E.K. Carpet Corporation* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this May 4th, 2021.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
aquezada@lawgmp.com;
crodriguez@lawgmp.com;

By: _/s/ Anthony J. Perez_____
      ANTHONY J. PEREZ
      Florida Bar No.: 535451